# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MELINDA MELVIN,**

    **Plaintiff,**

  v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    **Defendant.**

**Case No. 2:13-cv-91**

**Judge Peter C. Economus**

**ORDER**

    Plaintiff Melinda Melvin brought this action seeking review of the denial of her application for supplemental security income.  In a Report and Recommendation dated December 31, 2013, the Magistrate Judge determined that substantial evidence supports the administrative law judge's decision denying benefits and recommended that the Court affirm that decision and dismiss this action.  (Dkt. 23.)

    The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to de novo review by the District Judge and of the right to appeal" the judgment of the District Court.  (Dkt. 23 at 15–16.)  The time period for filing objections to the Report and Recommendation has expired.  No party has objected to the Report and Recommendation.

    The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation.  Accordingly, Plaintiff's action is **DISMISSED**.  The Court directs the Clerk to enter judgment.

    **IT IS SO ORDERED.**

    /s/ Peter C. Economus

**UNITED STATES DISTRICT JUDGE**